Wharton UNIVERSITY of PENNSYLVANIA



# Application Requirements

The application for Fall 2026 is now closed. The application for Fall 2027 admission will open in September 2026.

Wharton only accepts applications submitted via our online application system.

## Letters of Recommendation

The Admissions Committee requires three recommendations. The recommendations must be submitted using our online system.

When you apply online, you will provide the names and email addresses of three recommenders. These recommenders will receive an email with a link to our site that will enable them to submit their recommendation directly to our office via the online system.

## Transcripts & Academic History

You must submit transcripts of your academic work by scanning and uploading copies of your transcripts through the online application system. The file cannot exceed 600 KB in size and should be in .doc, .wpd, .rtf, .xls, .pdf, .docx, .xlsx or .txt format. For Mac users, please note

that the filename must include the appropriate three- or four-letter extension. Also, please do not attempt to upload a document that is password-protected or that contains macros. This will cause the process to fail.

If you are offered admission, you will be required to provide official transcripts of all previous academic work to verify the information provided. If there are discrepancies between the self-reported academic work and official records, the offer of admission will be revoked. Offers of admission are not binding until academic records are verified.

When applying, list all post-secondary educational institutions you have attended, including technical and professional schools. Use the full, actual names of the institutions attended, and provide the titles of all diplomas or degrees earned. If you have attended more than one institution, submit official records from each institution, with the exception of study-abroad programs. If academic records and diplomas are not issued in English by the institution, both the official record and an authorized English translation must be submitted.

All translations should be complete and literal renditions of the original record. Records should show the date of enrollment, courses taken, units of credit or time allotted to each subject during each term or year, your marks or ratings in each subject, and, if available, your rank in the total class or group.

The institutional grading scale or other standards of evaluation, including minimum passing and failing marks and definition of grades between them, should appear on official records or be provided as an attachment.

Pursuant to the Family Educational Rights and Privacy Act of 1974, as amended, personally identifiable information can be disclosed to persons outside the University only with the written consent of the student or alumnus/alumna. The complete confidentiality statement is available in the University's graduate academic bulletins.

---

**Essays** −

You must complete the Personal Statement essay question on the online application.

There is also an optional essay question where you may provide additional information or clarification on other points of your application.

---

**Standardized Test Scores** −

The Wharton Doctoral Programs requires ALL applicants to take and provide scores for either the Graduate Management Admissions Test (GMAT) or the Graduate Record Examination (GRE). Test requirements vary by program, as described below. Applicants whose native language is not English must also take the TOEFL or IELTS.

Self-reported test scores may submitted in the application, pending receipt of your official scores.

All tests must be taken by the December 15th deadline. We do not accept tests taken after December 15th. Please plan accordingly to ensure test scores and materials are submitted no later than December 15th.

Accepted applicant GMAT and GRE test scores usually fall within the top 10 percent. For the TOEFL and IELTS test, a high level of proficiency is expected. You can find information about the average GRE and GMAT scores for our most recent fall matriculates in our FAQ section.

To expedite the processing of your application, you must self-report your scores via the online application. In addition, you must request that the ETS send an official copy of your scores to the Wharton Doctoral Office.

We strongly encourage applicants to take the necessary tests in the fall at the latest so that the test scores reach the Wharton Doctoral Office before the December 15 deadline. It has been our experience that students often underestimate the time it takes for the School to receive grade transcripts and test scores. Since this time period may be as long as two months, students are well advised to send requests for grade transcripts and to schedule the appropriate tests as early as possible. Note: Late arrival of test results prevents evaluation of your application.

### GRE & GMAT Requirements by Program

- Accounting: GRE or GMAT
- Applied Economics: GRE only
- Ethics & Legal Studies: GRE or GMAT
- Finance: GRE or GMAT
- Health Care Management & Economics: GRE or GMAT
- Management: GRE or GMAT
- Marketing: GRE or GMAT
- Operations, Information & Decisions: GRE or GMAT

- Statistics and Data Science: GRE only

We will accept GMAT and GRE scores that are up to 5 years old. If your test scores are more than 5 years old (taken prior to July 2020), you will have to take the test again and submit the new scores. Please see the GRE and GMAT websites for further information on taking those tests.

The GMAT and GRE in-person and home tests will both be accepted.

We evaluate only GMAT and GRE results from tests taken prior to the receipt of your application. The highest score is used — we do not combine multiple scores. *This requirement cannot be waived; there are **no** exceptions.*

**To send official GRE or GMAT scores, ask the Educational Testing Service (ETS) to report your test scores using the following Wharton Doctoral Programs' ETS codes:**

- **GRE: 2954-5199 or 2954-0000**
- **GMAT: G56-97-12**

### TOEFL and IELTS

Applicants whose native language is not English must take the TOEFL or IELTS. You may request an English Language Test Waiver if you have earned an undergraduate or master's degree (or will receive the degree by June 2026) in an English-speaking country or from an institution in which English is the language of instruction.

To waive the TOEFL or IELTS, you must submit your request under the English Language Test Waiver section of the application *and* have it documented that your medium of education was English. Your transcripts may serve as documentation that English was the language of instruction.

TOEFL and IELTS scores are valid for two years. If your TOEFL or IELTS test was taken prior to July 2023 you will need to submit new scores.

**To send official TOEFL scores, ask the Educational Testing Service (ETS) to report your test scores using the following Wharton Doctoral Programs' ETS codes:**

- **TOEFL: 2954-02 or 2954-00**

Please note:

- The TOEFL IBT and TOEFL ITP in-person and home tests will be accepted.

**To send official IELTS scores, applicants should search or provide their test centers with the exact Account Name below:**

**Account Name:** Wharton School of the University of Pennsylvania
**Address:** Philadelphia, PA 19104
United States

**Application Fee** +

**Application Deadline** +

**Prior Convictions Information** +

**Generative AI Policy** +

Recognizing the challenges of teaching, learning, and assessing academic performance during the global COVID-19 pandemic, Penn's admissions committees for graduate and professional programs will take the significant disruptions of the COVID-19 outbreak in 2020 and 2021 into account when reviewing students' transcripts and other admissions materials as part of their regular practice of performing individualized, holistic reviews of each applicant. In particular, as we review applications now and in the future, we will respect decisions regarding the adoption of Pass/Fail and other grading options during the period of COVID-19 disruptions. An applicant will not be adversely affected in the admissions process if their academic institution implemented a mandatory pass/fail (or similar) system for the term or if the applicant chose to participate in an optional pass/fail (or similar) system for the term. Penn's longstanding commitment remains to admit graduate and professional student cohorts composed of outstanding individuals who demonstrate the resilience and aptitude to succeed in their academic pursuits.

# Penn Links

- Penn Rules for Graduate Degrees
- Office of International Program
- International Student & Scholar Services
- English Language Programs

© Copyright The Wharton School, The University of Pennsylvania