Wharton
UNIVERSITY *of* PENNSYLVANIA

# Doctoral Program Application for Admission

Name: **Randall Phillips**

Preferred Name:

Program: **PhD / Finance**

Phonetic Pronunciation:

Term: **Fall 2025**

Maiden or Other Name: **Randremizara**

Prefix:

Suffix:

Sex: **Male**

Gender Identity/Pronouns:

Marital Status:

Date of B [redacted]**1967**

Email: **remi.randremizara@ensae.org**

Alternative Email: **Randall.Phillips2023@gmail.com**

Home Address:
**240 E Fond Du Lac St**

**Ripon, WI, 54971**
**United States**

Cell Phone: **9202039997**

Work Phone:

Home Phone: **2026508212**

Preferred Phone:

Country of Citizenship: **United States**

US Permanent Resident: **US Citizen**

Dual Country of Citizenship:

Country of Birth: **Madagascar**

Native Language:

Other languages ranked on a proficiency scale of Intermediate, Advanced, Superior or Distinguished:

| | |
|---|---|
| (language) | (rating) |
| (language) | (rating) |
| (language) | (rating) |

Do you come from a family within the established low-income thresholds? **Yes**

Are you the first generation to attend college? **Yes**

Are you currently or you have served in the military? **No**

If yes, was it the U.S. Military?

Which branch?

## Additional Information

Previously Applied to Wharton: **Yes** Year: Decision:
Which Program: **PhD/Finance**
Email address used in the previous application?
Application Source: **Professor**

## Undergraduate Degree

Institution Name: **ENSAE**

Degree Received: **BS & MS** Graduation Date: **12-1993**

GPA: **Other** GPA Scale: **Other**

Major(s): **Mathematics, Statistics, Economics**

City, State, Country: **Paris, France**

Dates of Attendance: **10-1989** **06-1993**

Will receive degree prior to enrolling at Penn? **No**

## College/University #2

Institution Name:

Degree Received: Graduation Date:

GPA: GPA Scale:

Education Level:

Major(s):

City, State, Country:

Dates of Attendance:

Will you receive degree prior to enrolling at Penn?

## College/University #3

Institution Name:

Degree Received: Graduation Date:

GPA: GPA Scale:

Education Level:

Major(s):

City, State, Country:

Dates of Attendance:

Will you receive degree prior to enrolling at Penn?

## College/University #4

Institution Name:

Degree Received: Graduation Date:

GPA: GPA Scale:

Education Level:

Major(s):

City, State, Country:

Dates of Attendance:

Will you receive degree prior to enrolling at Penn?

## College/University #5

Institution Name:

Degree Received: Graduation Date:

GPA: GPA Scale:

Education Level:

Major(s):

City, State, Country:

Dates of Attendance:

Will you receive degree prior to enrolling at Penn?

## Academic Honors and Awards

List any academic awards, recognitions, honors, and/or fellowships/scholarships that you received in your collegiate and post-graduate studies:

## Additional Information

Please list all college and university-level courses taken which are related to the major you would like to pursue at Wharton:

Have you ever been placed on probation, dismissed or suspended from an academic institution? **No**

## Recommenders

| Name | Email |
|---|---|
| **J. Larry Jameson** (Recommender 1) | **president@upenn.edu** |
| **J Larry Jameson** (Recommender 2) | **evpdean@upenn.edu** |
| **J. Larry Jameson** (Recommender 3) | **ljameson@mail.med.upenn.edu** |
| (Recommender 4) | |
| (Recommender 5) | |

## GMAT

| | | | |
|---|---|---|---|
| GMAT Date:<br>GMAT Test Type:<br>GMAT Appointement ID : | | GMAT 2 Date:<br>GMAT Test Type:<br>GMAT Appointement ID | |
| Quantitative: | Quantitative%: | Quantitative: | Quantitative% |
| Verbal: | Verbal%: | Verbal: | Verbal%: |
| AWA: | AWA%: | AWA: | AWA%: |
| Integrated Reasoning: | Integrated Reasoning%: | Integrated Reasoning: | Intergrated Reasoning%: |
| Total: | Total%: | Total: | Total%: |

| | | |
|---|---|---|
| GMAT 3 Date:<br>GMAT Test Type<br>GMAT Appointement ID | | Future GMAT Date (if applicable): |
| Quantitative: | Quantitative%: | |
| Verbal: | Verbal%: | |
| AWA: | AWA%: | |
| Integrated Reasoning: | Integrated Reasoning%: | |
| Total: | Total%: | |

## GRE

GRE Date: **09-23-2024**

GRE Registration Number :

Quantitative: **160** Quantitative%: **74**

Verbal: **153** Verbal%:**60**

Writing: **3.5** Writing%:**45**

GRE 2 Date:

GRE Registration Number :

Quantitative: Quantitative%:

Verbal: Verbal%:

Writing: Writing%:

GRE 3 Date:

GRE Registration Number :

Quantitative: Quantitative%:

Verbal: Verbal%:

Writing: Writing%:

GRE Math Date: Score: Percentile:

GRE Math 2 Date: Score: Percentile:

GRE Math 3 Date: Score: Percentile:

## TOEFL

TOEFL Date: TOEFL Appointment Number:
Reading: Listening: Speaking: Writing: Total:

TOEFL 2 Date: TOEFL Appointment Number:
Reading: Listening: Speaking: Writing: Total:

## English Language Test Waiver

I am waiving the english language test because I have earned an undergraduate or master's degree in an English-speaking country or from an institution at which English is the language of instruction.

## Additional Language Information

Standardized test scores are not the only indicator of language skills, therefore, if you have submitted an English language test score, please use this section to describe how, when and where you are using English in your day-to-day life. This should include circumstances where you speak, read or write in English on a regular basis.

## Current/Most Recent Employment Information

Current Employer:
Current (Ending) Title:
Beginning Title:
Phone:
City, State, Country:
Postal Code:
Industry:
Job Function:

Dates of Employment From: To:
Current Employment:
Type of Work Experience:

Reason for Leaving (if applicable):

Key Responsibilities:

## Previous Employment

Employer:
Current (Ending) Title:
Beginning Title:
Phone:
City, State, Country:
Postal Code:
Industry:
Job Function:

Dates of Employment From: To:
Current Employment:
Hours Per Week:

Reason for Leaving (if applicable):

Key Responsibilities:

## Previous Employment

Employer:
Current (Ending) Title:
Beginning Title:
Phone:
City, State, Country:
Postal Code:
Industry:
Job Function:

Dates of Employment From: To:
Current Employment:
Hours Per Week:

Reason for Leaving (if applicable):

Key Responsibilities:

## Previous Employment

Employer:
Current (Ending) Title:
Beginning Title:
Phone:
City, State, Country:
Postal Code:
Industry:
Job Function:

Dates of Employment From: To:
Current Employment:
Hours Per Week:

Reason for Leaving (if applicable):

Key Responsibilities:

## Certificates & Awards

List any professional certifications you may have. (e.g. CPA, CFA CLU Chartered Accountant, Real Estate License):

**Other**

Other Certifications:

**More than 4 SOA/CAS actuarial certification exams**

List your most significant professional awards, honors and/or recognitions you have received:

**ETS Recognition Of Excellence [ROE] in Mathematics.**

## Generative AI Policy

The Wharton School of Business embraces the use of generative AI technology and sees it as an important tool for business scholars in this rapidly changing world. While we believe that generative AI will continue to provide utility to all students, your work contained within this application must be your own. We recommend applicants trat generative AI as you would the guidance or writings of another person. For example, this means that, as it is unacceptable to have another person substantially complete a task like writing an admissions essay, it is also unacceptable to have AI substantially complete the task.

By embracing AI responsibly, Wharton aims to uphold the integrity of the application process while leveraging technological advancements to enrich the admissions experience. The Wharton School of the University of Pennsylvania requires that the work in your application must be completely accurate and exclusively your own and may use its own proprietary and/or licensed AI solutions in order to identify AI-authored elements of applications. Any such flagging will result in a more holistic investigation of an application.

By checking the box, I confirm that I will adhere to Generative AI Policy. I agree.

## Statement of Integrity

The Wharton School of the University of Pennsylvania requires that the work in your application is completely accurate and exclusively your own. Offers of admission are subject to being rescinded should any misrepresentation and/or omission occur. Expulsion from the program is also an option.

x I will adhere to Statement of Application Integrity.

## Wharton Graduate Code of Ethics

Wharton students, faculty and administrators strive to maintain the highest standards of academic integrity and overall ethical conduct. Adhering to these standards fosters an environment of trust and cooperation which supports superior performance at Wharton and throughout the careers of Wharton graduates. These standards are embodied in the Wharton Graduate Code of Ethics.

x I will adhere to Wharton's Graduate Code of Ethics.

## Communication Preferences

x Please sign me up to receive program updates, invites to admissions events, deadline reminders, application tips, and other learning opportunities.

*URL to Penn's privacy policy:* https://www.upenn.edu/about/privacy_policy

Randall Phillips
Applicant for PhD study in Finance

Please see my Statement of Purpose (SoP) attached hereby.

Randall Phillips
Applicant for PhD study in Finance

**Statement of Purpose**

I am African American Math genius who want to be academic actuary specialized in *Corporate Finance and Enterprise Risk Management* and/or *Quantitative Finance and Investment*. My research interest is in applied corporate finance, applied asset pricing, applied financial econometrics, and financial risk management. University of Pennsylvania is world renowned in research in these fields; so, the PhD program in Finance of Wharton Business School constitutes an ideal study for the preparation of my academic actuary career. And my strong academic backgrounds in 3 fields (Mathematics, Statistics, and Economics) are well suited for the PhD study and research career in Finance and Actuarial Science.

In fact, I started taking College Math courses – such as Math proofs - since 10th grade. I got an ETS recognition of excellence award in Math. I aced the rigorous, merit-based, standardized, written Theoretical Math competitive examination for access to the prestigious "Statistician and Economist Engineer" training program of French "grande ecole" ENSAE ParisTech (combined BS/MS Honors program with triple major in Mathematics, Statistics, and Economics). In case you are not familiar with it, "grandes ecoles" are the pinnacle of the French higher education. You can check the web page of Martin Jee (Director at Oxenbury Partners, Technical Recruiter) that says in plain English, I quote, "*Grandes Ecoles are the very, very best institutes for higher education that France has to offer; these institutions are so good, so well regarded, that they seem to be like "winning the lottery of life" ... People who attended a Grande Ecole will be part of the top 5% of academic students in their year; they will be the very brightest students their generation has to offer. Each Grande Ecole is highly selective and the entry bar is made very high... certain Grandes Ecoles will only take the best of the best...*". The tiers 1 "grandes ecoles" such as ENSAE Paris Tech take only the best of the best. ENSAE Paris Tech is also one of only 4 French "grandes ecoles" that are called "French MIT" by the British magazine The Times Higher Education (https://www.timeshighereducation.com/news/governors-sign-merger-deal-create-french-mit ). i.e. The Times Higher Education suggests that the graduates of the "Statistician and Economist Engineer" training program of ENSAE Paris Tech are comparable to honors graduates of MIT. In fact, the "Statistician and Economist Engineer" training program of ENSAE Paris 0Tech has been

especially designed for Math genius who plan to do graduate/PhD studies and research careers in Statistics, Economics, Finance and Actuarial Science. On top of that, in more than 75 years of the history of ENSAE Paris Tech, there has never been a non-underrepresented person graduate of the program denied admission to PhD study in the USA. For instance, my non-underrepresented ENSAE Paris Tech graduate peers have been admitted to University of Pennsylvania; and they exceled in their PhD studies and research careers. As a graduate of the same training program of ENSAE Paris Tech, I am qualified and competitive too. And as a university receiving federal government funds, University of Pennsylvania has no reason to deny admission the qualified and competitive underrepresented African American candidate like me.

Additionally, I asked Professors of Economics and Finance at University of Pennsylvania, and they told me that the ideal candidate (the best qualified candidate) for the PhD programs and research careers in Economics and Finance is an applicant with strong backgrounds in all the 3 fields Mathematics, Statistics, and Economics: the strong knowledge and skills in Mathematics and Economics are ideal for the study of Economics Theory and Finance Theory at PhD level; and the solid knowledge and skills in Statistics constitutes an additional ideal background for the research activities in Economics and Finance. I graduated from a combined BS/MS Honors program with triple major in Mathematics, Statistics, and Economics; thus, I am an ideal candidate (a best qualified candidate) for the PhD study and research careers in Economics and Finance. For comparison, about half of the students of your PhD program in Finance did major in only one academic field such as Economics; therefore, I am qualified and competitive compared to them.

Moreover, I am already halfway through my academic actuary career plan. In fact, I did already pass more than 4 merit-based actuarial certification exams of the Society Of Actuaries (SOA) and Casualty Actuarial Society (CAS) for the Associate Actuary designation. In case you are not familiar with these actuarial certification exams of SOA/CAS, you can check the web site of the Office of Personnel Management (OPM) of federal government, Actuarial Science Series, 1510: Actuarial Science is Mathematics, Statistics, Economics and Finance used in insurance industry and finance; and federal government employees with 4 or more actuarial certification exams of SOA/CAS like mine are at paygrade GS-12 above GS-11/PhDs in Mathematics, Statistics, Economics, Finance and Actuarial Science (www.opm.gov/policy-data-oversight/classification-qualifications/general-schedule-qualification-standards/1500/actuarial-science-series-1510/ ). In other words, with my 4

or more actuarial certification exams of SOA/CAS, I do already have the preferred qualification for the tenure track position of Professor of Actuarial Science. The only thing remaining that prevents me from starting the Professor of Actuarial Science career is a PhD diploma. And I can finish the PhD study in Finance in 4 years.

Besides, the PhD study and research activities in Finance at University of Pennsylvania do also allow me to prepare the remaining actuarial certification exams for the Fellow Actuary designation with specialization in *Corporate Finance and Enterprise Risk Management (CFE)* or *Quantitative Finance and Investment (QFI)* (www.soa.org/education/exam-req/edu-fsa-req/ ). In fact, the CFE and QFI exams (such as *Foundations of Corporate Finance exam, Quantitative Finance exam)* are based on PhD courses in Finance. American academic actuaries recommended me the PhD program in Finance of University of Pennsylvania because it's among the top 5 best PhD program in Finance they said. These are additional reasons why the PhD program in Finance of Wharton School of Business constitutes an ideal study for the preparation of the academic actuary career with specialization in CFE and/or QFI.

Furthermore, there is another fact that motivated me to choose my career plan: USA doesn't have enough academic actuaries that can address research and education needs of the actuarial profession, including both the theoretical and practical aspects. That's why the SOA created James Hickman Scholarships (about 4 new scholarships per year; $20,000 each; renewable up to 4 times) to encourage American citizens (those who can pass actuarial certification exams) to do PhD study and eventually become an academic actuary (www.soa.org/education/resources/academic-initiatives/soa-doc-stipend/ ). However, preparing and passing actuarial certification exams are difficult and time consuming (https://www.beanactuary.org/actuarial-exams/what-does-it-take/ ). As a result, the USA still don't have enough American PhD students to take the James Hickman Scholarships. Each year, the SOA gives away 60% to 100% of the scholarships to foreign PhD students who plan to stay to work in the USA after the end of their PhD studies. The point is I can pass actuarial certification exams; so, University of Pennsylvania has no reason to bar me from accessing PhD study, getting the James Hickman scholarship, and eventually becoming an academic actuary. This is particularly true because University of Pennsylvania has received multimillion dollar grants from National Science Foundation supposed to boost the number of qualified underrepresented persons like me to become academic Professors.

ensae

insee

RÉPUBLIQUE FRANÇAISE
INSTITUT NATIONAL DE LA STATISTIQUE ET DES ÉTUDES ÉCONOMIQUES

**ÉCOLE NATIONALE DE LA STATISTIQUE ET DE L'ADMINISTRATION ÉCONOMIQUE**

# MASTÈRE SPÉCIALISÉ (MS)
# EN MODÉLISATION ÉCONOMIQUE ET STATISTIQUE

**Label accrédité par la Conférence des Grandes Ecoles**

Le Ministre de l'Economie

*Vu les notes obtenues par l'impétrant pendant sa scolarité terminée en décembre 1993*

Confère à Monsieur RANDREMIZARA Rémi

né (e) le 1er janvier 1967 à AMBOHIPO (Madagascar)

**Le MASTÈRE SPÉCIALISÉ (MS) EN MODÉLISATION ÉCONOMIQUE ET STATISTIQUE, pour en jouir avec les droits et prérogatives qui y sont attachés**

Fait à Paris, le 4 mars 1994

Pour expédition conforme :

Le Directeur de l'E.N.S.A.E.

I. N. S. E. E.
ECOLE NATIONALE DE LA STATISTIQUE
ET DE L'ADMINISTRATION ECONOMIQUE
« DIRECTION »
3, avenue Pierre Larousse
92240 MALAKOFF 41 17 50 50

Alain Trognon

Signature de l'Impétrant

Rémi RANDREMIZARA

Ministère de l'Économie et des Finances – Direction Générale de l'Institut National de la Statistique et des Études Économiques

**Le Ministre de l'Economie**
pour le ministre et par délégation
Le directeur général de l'I.N.S.E.E.

Paul Champsaur