# Certifications #1

| | |
|---|---|
| **Person Professional Certifications** | Other |
| **Person CFA Charter: Passed any parts?** | No |
| **Person CFA Charterholder?** | No |

Randall Phillips
Applicant for PhD study in Finance

Please see my Statement of Purpose (SoP) attached hereby.

# Undergraduate School #1

| | |
|---|---|
| **School Details** | |
| **Type/Level of Study** | Undergraduate |
| **Name** | ENSEA |
| **Dates Attended** | |
| **Attended From Date** | 2000-10-01 |
| **Attended To Date** | 2003-06-01 |
| **Conferred Date** | 2003-07-01 |
| **UG - Primary language of instruction is English?** | Yes |
| **Degree** | |
| **Degree** | Bachelor's Level Degree |
| **Degree Received/Expected?** | Yes |
| **Currently Enrolled?** | No |
| **Field of Study** | |
| **Major** | Statistics and Economics |
| **GPA** | |
| **GPA Scale (Prompt)** | Other |
| **GPA Scale - Other** | French grading system |

# Graduate School #1

| | |
|---|---|
| **School Details** | |
| **Type/Level of Study** | Graduate |
| **Name** | ENSAE |
| **City** | Paris |
| **Region** | Ile-de-France |
| **Country** | France |
| **Dates Attended** | |
| **Attended From Date** | 2003-10-01 |
| **Attended To Date** | 2004-12-01 |
| **Conferred Date** | 2001-12-01 |
| **UG - Primary language of instruction is English?** | No |
| **Degree** | |
| **Degree** | Master of Science (MS) |
| **Degree Received/Expected?** | Yes |
| **Currently Enrolled?** | No |
| **Field of Study** | |
| **Major** | Statistics and Economics |
| **GPA** | |
| **GPA Scale (Prompt)** | Other |
| **GPA Scale - Other** | French grading system |

ensae

RÉPUBLIQUE FRANÇAISE
INSTITUT NATIONAL DE LA STATISTIQUE ET DES ÉTUDES ÉCONOMIQUES

insee

**ÉCOLE NATIONALE DE LA STATISTIQUE ET DE L'ADMINISTRATION ÉCONOMIQUE**

# MASTÈRE SPÉCIALISÉ (MS)
# EN MODÉLISATION ÉCONOMIQUE ET STATISTIQUE

**Label accrédité par la Conférence des Grandes Ecoles**

Le Ministre de l'Economie

*Vu les notes obtenues par l'impétrant pendant sa scolarité terminée en décembre 1993*

Confère à Monsieur RANDREMIZARA Rémi

né (e) le 1er janvier 1967 à AMBOHIPO (Madagascar)

**Le MASTÈRE SPÉCIALISÉ (MS) EN MODÉLISATION ÉCONOMIQUE ET STATISTIQUE, pour en jouir avec les droits et prérogatives qui y sont attachés**

Fait à Paris, le 4 mars 1994

Pour expédition conforme :

| Le Directeur de l'E.N.S.A.E. | Signature de l'Impétrant | **Le Ministre de l'Economie** pour le ministre et par délégation Le directeur général de l'I.N.S.E.E. |
| --- | --- | --- |
| Alain Trognon | Rémi RANDREMIZARA | Paul Champsaur |

I. N. S. E. E.
ECOLE NATIONALE DE LA STATISTIQUE
ET DE L'ADMINISTRATION ECONOMIQUE
« DIRECTION »
3, avenue Pierre Larousse
92240 MALAKOFF 41 17 50 50

Ministère de l'Économie et des Finances
Institut National de la Statistique et des Études Économiques
Direction Générale

ensae

insee

RÉPUBLIQUE FRANÇAISE
INSTITUT NATIONAL DE LA STATISTIQUE ET DES ÉTUDES ÉCONOMIQUES

**ÉCOLE NATIONALE DE LA STATISTIQUE ET DE L'ADMINISTRATION ÉCONOMIQUE**

# MASTÈRE SPÉCIALISÉ (MS)
# EN MODÉLISATION ÉCONOMIQUE ET STATISTIQUE

**Label accrédité par la Conférence des Grandes Ecoles**

Le Ministre de l'Economie

*Vu les notes obtenues par l'impétrant pendant sa scolarité terminée en décembre 1993*

Confère à Monsieur RANDREMIZARA Rémi

né (e) le 1er janvier 1967 à AMBOHIPO (Madagascar)

**Le MASTÈRE SPÉCIALISÉ (MS) EN MODÉLISATION ÉCONOMIQUE ET STATISTIQUE, pour en jouir avec les droits et prérogatives qui y sont attachés**

Fait à Paris, le 4 mars 1994

Pour expédition conforme :

| Le Directeur de l'E.N.S.A.E. | Signature de l'Impétrant | **Le Ministre de l'Economie** pour le ministre et par délégation Le directeur général de l'I.N.S.E.E. |
|---|---|---|
| Alain Trognon | Rémi RANDREMIZARA | Paul Champsaur |

I. N. S. E. E.
ECOLE NATIONALE DE LA STATISTIQUE ET DE L'ADMINISTRATION ECONOMIQUE
« DIRECTION »
3, avenue Pierre Larousse
92240 MALAKOFF 41 17 50 50

Ministère de l'Économie et des Finances
Institut National de la Statistique et des Études Économiques
Direction Générale

Randall Phillips
Applicant for PhD study in Finance

I took PhD courses in Mathematics used in Economics and Finance, PhD courses in Statistics, and PhD courses in Economics and Econometrics during the “Ingenieur” Statistician and Economist training of ENSAE Paris Tech. Please find below a sample of the courses I took.

**1 . PhD courses in Mathematics**

| Course name | Reference (textbook and authors) |
|---|---|
| Advanced Linear Algebra | *Advanced Linear Algebra* by Steven Roman, Springer |
| Measure and Integration | *Measure and Integration* by Heinz König, Springer |
| Topology and Geometry | *Topology and Geometry* by Glen E. Bredon, Springer |
| Functional Analysis | *Functional Analysis* by John Conway, Springer |
| Convex Analysis & Optimization | *Convex Analysis* by R. T. Rockafellar, Princeton University Press |

**2 . PhD courses in Statistics and Probability**

| Course name | Reference (textbook and authors) |
|---|---|
| Theory of Probability | *Probability and Measure* by Patrick Billingsley, Wiley |
| Statistics & Econometric Models | *Statistics and Econometric Models*, Vol 1 & 2, by Christian Gouriéroux and Alain Monfort, Cambridge University Press |
| Time Series and Dynamic Models | *Time Series and Dynamic Models* by Christian Gouriéroux and Alain Monfort, Cambridge University Press |
| Nonparametric Estimation Theory | *Introduction to Nonparametric Estimation* by Alexandre Tsybakov, Springer |
| Bayesian Statistics Theory | *Bayesian Statistics Theory* by James Berger, Springer |
| Stochastic Calculus for Finance | *Stochastic Calculus for Finance* by Michael Steele, Springer |

**3 . PhD courses in Economics and Econometrics**

| Course name | Reference (textbook and authors) |
|---|---|
| Economics of Uncertainty & Information | *The Economics of Uncertainty and Information* by Jean-Jacques Laffont, MIT Press |
| Theory of Industrial Organization | *The theory of Industrial Organization* by Jean Tirole, MIT Press |
| Macroeconomics Theory | *Lectures on Macroeconomics* by Olivier Blanchard, MIT Press |
| Simulation-Based Econometric Methods | *Simulation-Based Econometric Methods* by Christian Gouriéroux and Alain Monfort, Oxford University Press |
| Econometrics of Qualitative Variables | *Econometrics of Qualitative Dependent Variables* by Christian Gouriéroux, Cambridge University Press |

Randall Phillips
Applicant for PhD study in Finance

## **Statement of Purpose**

I am African American Math genius who want to be academic actuary specialized in *Corporate Finance and Enterprise Risk Management* and/or *Quantitative Finance and Investment*. My research interest is in applied corporate finance, applied asset pricing, applied financial econometrics, and financial risk management. University of Pennsylvania is world renowned in research in these fields; so, the PhD program in Finance of Wharton Business School constitutes an ideal study for the preparation of my academic actuary career. And my strong academic backgrounds in 3 fields (Mathematics, Statistics, and Economics) are well suited for the PhD study and research career in Finance and Actuarial Science.

In fact, I started taking College Math courses – such as Math proofs - since 10th grade. I got an ETS recognition of excellence award in Math. I aced the rigorous, merit-based, standardized, written Theoretical Math competitive examination for access to the prestigious “Statistician and Economist Engineer” training program of French “grande ecole” ENSAE ParisTech (combined BS/MS Honors program with triple major in Mathematics, Statistics, and Economics). In case you are not familiar with it, "grandes ecoles" are the pinnacle of the French higher education. You can check the web page of Martin Jee (Director at Oxenbury Partners, Technical Recruiter) that says in plain English, I quote, “*Grandes Ecoles are the very, very best institutes for higher education that France has to offer; these institutions are so good, so well regarded, that they seem to be like “winning the lottery of life” … People who attended a Grande Ecole will be part of the top 5% of academic students in their year; they will be the very brightest students their generation has to offer. Each Grande Ecole is highly selective and the entry bar is made very high... certain Grandes Ecoles will only take the best of the best...*”. The tiers 1 “grandes ecoles” such as ENSAE Paris Tech take only the best of the best. ENSAE Paris Tech is also one of only 4 French “grandes ecoles” that are called “French MIT” by the British magazine The Times Higher Education (https://www.timeshighereducation.com/news/governors-sign-merger-deal-create-french-mit ). i.e. The Times Higher Education suggests that the graduates of the “Statistician and Economist Engineer” training program of ENSAE Paris Tech are comparable to honors graduates of MIT. In fact, the “Statistician and Economist Engineer” training program of ENSAE Paris 0Tech has been

especially designed for Math genius who plan to do graduate/PhD studies and research careers in Statistics, Economics, Finance and Actuarial Science. On top of that, in more than 75 years of the history of ENSAE Paris Tech, there has never been a non-underrepresented person graduate of the program denied admission to PhD study in the USA. For instance, my non-underrepresented ENSAE Paris Tech graduate peers have been admitted to University of Pennsylvania; and they exceled in their PhD studies and research careers. As a graduate of the same training program of ENSAE Paris Tech, I am qualified and competitive too. And as a university receiving federal government funds, University of Pennsylvania has no reason to deny admission the qualified and competitive underrepresented African American candidate like me.

Additionally, I asked Professors of Economics and Finance at University of Pennsylvania, and they told me that the ideal candidate (the best qualified candidate) for the PhD programs and research careers in Economics and Finance is an applicant with strong backgrounds in all the 3 fields Mathematics, Statistics, and Economics: the strong knowledge and skills in Mathematics and Economics are ideal for the study of Economics Theory and Finance Theory at PhD level; and the solid knowledge and skills in Statistics constitutes an additional ideal background for the research activities in Economics and Finance. I graduated from a combined BS/MS Honors program with triple major in Mathematics, Statistics, and Economics; thus, I am an ideal candidate (a best qualified candidate) for the PhD study and research careers in Economics and Finance. For comparison, about half of the students of your PhD program in Finance did major in only one academic field such as Economics; therefore, I am qualified and competitive compared to them.

Moreover, I am already halfway through my academic actuary career plan. In fact, I did already pass more than 4 merit-based actuarial certification exams of the Society Of Actuaries (SOA) and Casualty Actuarial Society (CAS) for the Associate Actuary designation. In case you are not familiar with these actuarial certification exams of SOA/CAS, you can check the web site of the Office of Personnel Management (OPM) of federal government, Actuarial Science Series, 1510: Actuarial Science is Mathematics, Statistics, Economics and Finance used in insurance industry and finance; and federal government employees with 4 or more actuarial certification exams of SOA/CAS like mine are at paygrade GS-12 above GS-11/PhDs in Mathematics, Statistics, Economics, Finance and Actuarial Science (www.opm.gov/policy-data-oversight/classification-qualifications/general-schedule-qualification-standards/1500/actuarial-science-series-1510/ ). In other words, with my 4

or more actuarial certification exams of SOA/CAS, I do already have the preferred qualification for the tenure track position of Professor of Actuarial Science. The only thing remaining that prevents me from starting the Professor of Actuarial Science career is a PhD diploma. And I can finish the PhD study in Finance in 4 years.

Besides, the PhD study and research activities in Finance at University of Pennsylvania do also allow me to prepare the remaining actuarial certification exams for the Fellow Actuary designation with specialization in *Corporate Finance and Enterprise Risk Management (CFE)* or *Quantitative Finance and Investment (QFI)* (www.soa.org/education/exam-req/edu-fsa-req/ ). In fact, the CFE and QFI exams (such as *Foundations of Corporate Finance exam, Quantitative Finance exam)* are based on PhD courses in Finance. American academic actuaries recommended me the PhD program in Finance of University of Pennsylvania because it's among the top 5 best PhD program in Finance they said. These are additional reasons why the PhD program in Finance of Wharton School of Business constitutes an ideal study for the preparation of the academic actuary career with specialization in CFE and/or QFI.

Furthermore, there is another fact that motivated me to choose my career plan: USA doesn't have enough academic actuaries that can address research and education needs of the actuarial profession, including both the theoretical and practical aspects. That's why the SOA created James Hickman Scholarships (about 4 new scholarships per year; $20,000 each; renewable up to 4 times) to encourage American citizens (those who can pass actuarial certification exams) to do PhD study and eventually become an academic actuary (www.soa.org/education/resources/academic-initiatives/soa-doc-stipend/ ). However, preparing and passing actuarial certification exams are difficult and time consuming (https://www.beanactuary.org/actuarial-exams/what-does-it-take/ ). As a result, the USA still don't have enough American PhD students to take the James Hickman Scholarships. Each year, the SOA gives away 60% to 100% of the scholarships to foreign PhD students who plan to stay to work in the USA after the end of their PhD studies. The point is I can pass actuarial certification exams; so, University of Pennsylvania has no reason to bar me from accessing PhD study, getting the James Hickman scholarship, and eventually becoming an academic actuary. This is particularly true because University of Pennsylvania has received multimillion dollar grants from National Science Foundation supposed to boost the number of qualified underrepresented persons like me to become academic Professors.

# Recommendations #1

| | |
|---|---|
| **Reference First** | Soule |
| **Reference Last** | Whitney |
| **Reference Company** | UPenn |
| **Reference Title** | Vice Provost |
| **Reference Waiver Response** | Yes |

# Recommendations #2

| | |
|---|---|
| **Reference First** | J. Larry |
| **Reference Last** | Jameson |
| **Reference Company** | UPenn |
| **Reference Title** | President |
| **Reference Waiver Response** | Yes |

# Recommendations #3

| | |
|---|---|
| **Reference First** | Kelly |
| **Reference Last** | Jordan-Sciutto |
| **Reference Company** | UPenn |
| **Reference Title** | Vice Provost |
| **Reference Waiver Response** | Yes |

# Recommendations #4

| | |
|---|---|
| **Reference First** | Whitney |
| **Reference Last** | Soule |
| **Reference Company** | UPenn |
| **Reference Title** | Vice Provost |
| **Reference Waiver Response** | Yes |